

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00046-CV

| | | |
|---|---|---|
| TINA COOPER, Appellant | § | On Appeal from the 348th District Court |
| v. | § | of Tarrant County (348-330959-21) |
| HMH LIFESTYLES, L.P. D/B/A HISTORYMAKER HOMES AND HMH AUBURNDALE DEVELOPMENT, INC., Appellees | § | October 10, 2024 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the portion of the trial court's judgment as to Appellee HMH Auburndale Development, Inc. We reverse the portion of the trial court's judgment as to Appellee HMH Lifestyles, L.P. d/b/a HistoryMaker Homes.

It is further ordered that Appellant Tina Cooper shall pay one-half of all costs of this appeal and that Appellee HMH Lifestyles, L.P. d/b/a HistoryMaker Homes shall pay one-half of all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
    Justice Mike Wallach